AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 MAY 11  AM 9: 43

CLERK-LAS CRUCES

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 18 po 1950 |
| Pedro CABA-Canay | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of May 09, 2018 in the county of Hidalgo in the State and District of New Mexico, the defendant violated 8 U.S.C. §1325(a)(1)(EWI Misdemeanor), an offense described as follows:

entered and attempted to enter the United States at a time and place other than as designated by Immigration Officers

This criminal complaint is based on these facts:
On May 09, 2018, Border Patrol Agents from the Lordsburg, New Mexico Border Patrol Station encountered the DEFENDANT in Hidalgo County, New Mexico. The DEFENDANT was questioned as to his citizenship to which he stated that he was a citizen and national of Guatemala, illegally present in the United States. Agents determined the DEFENDANT illegally crossed the boundary between the United States and Mexico on May 09, 2018, approximately 1 mile west of Antelope Wells, New Mexico Port of Entry. The DEFENDANT did not present himself through a lawful Port of Entry; therefore, he was not admitted or paroled by an Immigration Officer.

☐ Continued on the attached sheet.

_____
Complainant's signature

Osvaldo Sarinana, BORDER PATROL AGENT
Printed name and title

Sworn to before me and signed in my presence.

Date: May 11, 2018

_____
Judge's signature

GREGORY J. FOURATT
U.S. MAGISTRATE JUDGE
Printed name and title

City and state: Las Cruces, N.M.